**BUCKLEYSANDLER LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
flevin@buckleysandler.com
ALI M. ABUGHEIDA (State Bar No. 285284)
aabugheida@buckleysandler.com
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Telephone: (310) 424-3900
Facsimile: (310) 424-3960

*Attorneys for Defendant RPM Mortgage, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCISCO NANCLARES, an individual; CARL KNECHT, and individual; DAVID GLASER, an individual; ANTONIO RUGGIERO, and individual; and BRIAN BYRNE, an individual on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RPM MORTGAGE, INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 3:16-cv-07188-HSG<br><br>**JOINT STIPULATION TO CONTINUE THE MARCH 21, 2017 CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: March 21, 2017<br>Time: 2:00 p.m.<br>Crtrm.: 10 |

Pursuant to N.D. Cal. Civil Local Rule 7-12, RPM Mortgage, Inc. ("RPM") and Plaintiffs Francisco Nanclares, Carl Knecht, David Glaser, Antonio Ruggerio, and Brian Byrne (collectively, "Plaintiffs"), mutually agree and respectfully request that this Court continue the Case Management Conference ("CMC") currently set for Tuesday, March 21, 2017 at 2:00 p.m.

The parties request this continuance in the interest of efficiency and judicial economy. Currently, there are two motions before the Court that could eliminate the need for a CMC: RPM's pending motion to dismiss (Dkt. Nos. 16 and 21) and Plaintiffs' pending motion to remand (Dkt. No. 17). Both of these motions are set for hearing on March 23, 2017.

Given the pending motions, the parties agree that it will be more efficient for the Court and for the parties to defer the CMC. If the action is still pending in this Court after those motions have been ruled on, the parties agree to submit a stipulation with a proposed date and time for the CMC within ten (10) days after entry of an order resolving those motions.

DATED: February 16, 2017            BUCKLEYSANDLER LLP

By:    */s/ Fredrick S. Levin*
Fredrick S. Levin
*Attorneys for Defendant RPM Mortgage, Inc.*

DATED: February 16, 2017            DOSTART HANNINK & COVENEY LLP

By:    */s/ James T. Hannink*
James T. Hannink
*Attorneys for Plaintiffs*

* * *

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: February 23, 2017

_____
Hon. Haywood S. Gilliam, Jr.

**BUCKLEYSANDLER LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel (310) 424-3900 • Fax (310) 424-3960

3                                    Case No. 3:16-cv-07188-HSG
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE